

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00248-CV

---

Elisa Arce as Next Friend of A.A., Appellant

v.

Bouncing Angels, Inc., Appellee

---

On Appeal from the 120th District Court

El Paso County, Texas

Trial Court No. 2026DCV2422

---

## MEMORANDUM OPINION

Appellant, Elisa Arce as next friend of A.A., filed a notice of appeal from the trial court's judgment on June 15, 2026, and she filed an amended notice of appeal on June 18, 2026, but she has neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On June 17, 2026, the Clerk of this Court notified Arce that this appeal could be dismissed if she failed to pay the filing fees by June 27, 2026. The Clerk further notified Arce that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Arce neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). We dismiss any pending motions as moot.

GINA M. PALAFOX, Justice

June 30, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.